**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                          Civil Action No. 8:14-cv-00661-VMC-TGW

JOHN DOE, subscriber assigned IP address
173.78.14.187,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 173.78.14.187. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: June 27, 2014                           Respectfully submitted,

                                                                    By:    /s/ *M. Keith Lipscomb*
                                                                    M. Keith Lipscomb (429554)
                                                                    klipscomb@lebfirm.com
                                                                    Lipscomb, Eisenberg & Baker, PL
                                                                     2 South Biscayne Boulevard, PH 3800
                                                                    Miami, FL  33131
                                                                    Telephone:  (786) 431-2228
                                                                    Facsimile:  (786) 432-2229
                                                                    *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: /s/ *M. Keith Lipscomb*_____
                                            M. Keith Lipscomb